UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RANDY LEE GREEN   LAURA
ELIZABETH GREEN AKA: FKA
LAURA ELIZABETH DZBYNSKI,　　　　　　CHAPTER 13
FKA LAURA ELIZABETH
ACKERMANN
　　　　　　Debtor(s)　　　　　　CASE NO: 1-18-04227-HWV
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
　　　　　　Movant
vs.
RANDY LEE GREEN   LAURA
ELIZABETH GREEN AKA: FKA
LAURA ELIZABETH DZBYNSKI,
FKA LAURA ELIZABETH
ACKERMANN
　　　　　　Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 28, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on October 4, 2018.

2. A hearing was held and an Order was entered on January 23, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

　　　　　　Respectfully submitted,

　　　　　　s/   James K. Jones, Esq.
　　　　　　Id:   39031
　　　　　　Attorney for Trustee
　　　　　　Charles J. DeHart, III
　　　　　　Standing Chapter 13 Trustee
　　　　　　Ste. A, 8125 Adams Drive
　　　　　　Hummelstown, PA   17036
　　　　　　Ph.   717-566-6097
　　　　　　Fax. 717-566-8313
　　　　　　eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: RANDY LEE GREEN
LAURA ELIZABETH GREEN
AKA: FKA LAURA ELIZABETH
DZBYNSKI, FKA LAURA ELIZABETH  CHAPTER 13
ACKERMANN

        Debtor(s)

CASE NO: 1-18-04227-HWV

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg     Date: April 24, 2019
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101     Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: March 28, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RANDY LEE GREEN
LAURA ELIZABETH GREEN AKA: FKA
LAURA ELIZABETH DZBYNSKI, FKA LAURA
ELIZABETH ACKERMANN

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

RANDY LEE GREEN
LAURA ELIZABETH GREEN AKA: FKA
LAURA ELIZABETH DZBYNSKI, FKA
LAURA ELIZABETH ACKERMANN

CASE NO: 1-18-04227-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 28, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY AND ASSOCIATES, PC<br>230 YORK STREET<br>HANOVER, PA 17331- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| RANDY LEE GREEN<br>4115 GRANDVIEW ROAD<br>HANOVER, PA 17331 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 28, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RANDY LEE GREEN<br>LAURA ELIZABETH GREEN<br>AKA: FKA LAURA ELIZABETH<br>DZBYNSKI, FKA LAURA<br>ELIZABETH ACKERMANN<br>Debtor(s)<br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br>RANDY LEE GREEN<br>LAURA ELIZABETH GREEN<br>AKA: FKA LAURA ELIZABETH<br>DZBYNSKI, FKA LAURA<br>ELIZABETH ACKERMANN<br><br>Respondent(s) | CHAPTER 13<br><br><br><br><br><br><br>CASE NO: 1-18-04227-HWV |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.