IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  RANDY LEE GREEN  CHAPTER 13
       LAURA E. GREEN  CASE NO.: 1:18-bk-04227
DEBTORS

NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

    Kindly enter my appearance on behalf of Debtors Randy Lee Green and Laura E. Green for the above referenced case.

                                **By: /s/ Nicholas G. Platt**
                                Nicholas G. Platt 327239
                                MOONEY LAW
                                230 York Street
                                Hanover, PA 17331
                                ngp@mooney4law.com
                                (717) 632-4656 Phone
                                (717) 632-3612 Fax

Dated: February 11, 2021