| UNITED STATES BANKRUPTCY COURT<br>Middle District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Randy Lee Green<br>Laura Elizabeth Green | Case Number:<br><br>1:2018-bk-04227 | |
| Name of Creditor:<br><br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br><br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br><br>Telephone Number: 800-274-7025 | | ⎯ Check this box if you are changing the address that payments will go to. |
| **1.** Account Number: **7592** UCID: **WFCMGF1804227PAM57347592** | | ⎯ Check this box if the account number has changed. |
| **2.** Court Claim Number: **5** | | |
| **3.** Signature:<br><br>**Check the appropriate box.**<br>   X  **I am the creditor.**<br>      **I am the creditor's authorized agent.** (Attach copy of power of attorney, if any.)<br>      **I am the trustee, or the debtor.**<br>      **I am a guarantor, surety, endorser, or other codebtor.**<br><br>By:    /s/ Maranda Henderson Braswell      Date:   01/10/2022<br>        VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.: 18-04227 |
| **Randy Lee Green** | CHAPTER: 13 |
| **Laura Elizabeth Green** | |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 11, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*  *By U.S. Postal Service First Class Mail Postage Prepaid:*

Randy Lee Green
4115 Grandview Road
Hanover, PA 17331

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Laura Elizabeth Green
4115 Grandview Road
Hanover, PA 17331

*Debtor's Attorney:*  *By CM / ECF Filing:*

Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA 17331

*Trustee:*  *By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)